Argued December 1, affirmed December 1, petition for rehearing
denied December 21, 1971, petition for review
denied February 1, 1972

STATE OF OREGON, *Respondent, v.* GERALD
LEWIS HUDSON (No. C-71-02-0663 Cr),
*Appellant.*

490 P2d 1283

*Darrell E. Bewley,* Portland, argued the cause for appellant. With him on the brief were Sherwood, Barnes & Thye, Portland.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.